Dismissed and Memorandum Opinion filed May 17, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00133-CR

NO. 14-11-00134-CR

____________

 

RANDY LIONELL LONG, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the 178th District Court

Harris County, Texas

Trial Court Cause Nos. 1267505 &
1267506



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant=s request.

Accordingly, we order the appeals dismissed.  We direct the
clerk of the court to issue the mandates of the court immediately.

PER CURIAM

 

Panel consists of Justices Anderson,
Brown, and Christopher.  

Do Not Publish — Tex. R. App.
P. 47.2(b).